IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Joseph Lung, : | |
| : | |
| Petitioner(s), : | |
| : | Case Number: 1:14cv149 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Warden, Chillicothe Correctional Institution, : | |
| : | |
| Respondent(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on February 9, 2015 (Doc. 18), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired February 26, 2015, hereby ADOPTS said Report and Recommendation.

Accordingly, respondent's motion to dismiss (Doc. 8) is **DENIED.**

IT IS SO ORDERED.

                                                                                  ___s/Susan J. Dlott_____
                                                                                  Judge Susan J. Dlott
                                                                                  United States District Court